UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM A. BROWN and LINDA
HAZLETT-BROWN,

     Plaintiffs,

v.                    CASE NO. 8:15-cv-325-T-33TGW

BOTTLING GROUP, LLC, ET AL.,

     Defendants.

_____/

**<u>ORDER</u>**

This matter is before the Court pursuant to Plaintiffs' Motion for an Order Appointing an International Process Server (Doc. # 10), filed on February 27, 2015.  In the Motion, Plaintiffs indicate that Defendants Westfalia Logistics Technologies GmbH & Co.KG and Westfalia Logistics Solutions Europe GmbH & Co.KG are German companies that do not have registered agents for service of process in the United States. Plaintiffs represent that the German Defendants need to be served pursuant to the applicable provisions of the Hague Convention.  Thus, Plaintiffs seek the appointment of an international process server, particularly Crowe Foreign Services, pursuant to the Hague Convention.  After due consideration, the Court grants the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Plaintiffs' Motion for an Order Appointing an International Process Server (Doc. # 10) is **GRANTED**.

(2)  Pursuant to Chapter 1, Article 3 of the Hague Convention, and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of March, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All counsel and parties of record

2