IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIAM A. BROWN and LINDA HAZLETT-BROWN, his wife,<br>    Plaintiffs<br><br>v.<br><br>BOTTLING GROUP, LLC, d/b/a/ THE PEPSI BOTTLING GROUP,<br>WESTFALIA LOGISTICS TECHNOLOGIES GmbH & CO. KG,<br>WESTFALIA LOGISTICS SOLUTIONS EUROPE GmbH & CO. KG, SUCCESSOR TO WESTFALIA LOGISTICS TECHNOLOGIES GmbH & CO. KG,<br>    Defendants | CASE NO.: 8:15-cv-325-T-33TGW<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE FOR LISA M. BENZIE**

Undersigned counsel for Plaintiffs, WILLIAM BROWN and LINDA HAZLETT-BROWN, hereby provides notice of compliance with Local Rule 2.01(d) and Local Rule 2.02(a), as directed in the February 23, 2015 Order granting the motion for undersigned counsel to appear *pro hac vice*. On February 24, 2015, undersigned counsel registered for CM/ECF and registered an email address for her CM/ECF account. On February 25, 2015, the Court assigned undersigned counsel an ECF login and password.

Date: March 23, 2015.

                                                /s/Lisa M. Benzie
                                                **Lisa M. Benzie**
                                                NAVITSKY, OLSON & WISNESKI LLP
                                                I.D. No. 89397
                                                2040 Linglestown Road, Suite 303
                                                Harrisburg, PA 17110
                                                717/541-9205
                                                E: LBenzie@nowllp.com
                                                Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on March 23, 2015, the foregoing document was filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Lisa M. Benzie  
**Lisa M. Benzie**
